**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Veronica Gonzalez,<br><br>       Plaintiff,<br><br>   vs.<br><br>Commissioner of Social Security,<br><br>       Defendant. | Case No.: 1:25-cv-01549-GSA<br><br>ORDER GRANTING IN PART EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT |

Defendant seeks a 25-day extension of time from January 19, 2026 to February 13, 2026 to file an answer to Plaintiff's complaint due to backlogs obtaining the electronic certified administrative records (eCARs).  These backlogs were caused by the appropriations lapse.

While this is understandable, appropriations have been restored for some time.  Further, the request came on the last business day before the deadline.  Such requests are disfavored as explained in the scheduling order (ECF No. 6 at 3), and local rule 144(d), as they undermine the Court's ability to manage its docket.

A 10-day extension seems more appropriate at this time, however the need for additional extensions will be re-evaluated if requested in advance.

Accordingly, Defendant's deadline to file an answer is extended to and including January 30, 2026.

IT IS SO ORDERED.

Dated:   **January 20, 2026**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE