ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
      Social Security Administration
      Program Litigation 1
      Law & Policy
      6401 Security Boulevard
      Baltimore, MD 21235
      Telephone: (510) 970-4818
      Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERONICA GONZALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 1:25-cv-01549-GSA<br><br>**STIPULATED MOTION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendant respectfully moves for an extension of ten (10) days to respond to Plaintiff's Complaint in this case, from the current due date of January 30, 2026 to the new date of February 9, 2026. Plaintiff's counsel was contacted today and indicated their willingness to stipulate to this extension request. This is Defendant's second request for an extension in this case and is based on the following.

An additional extension of 10 days should give sufficient time to finalize the electronic certified administrative records (eCARs) in this case. For the past two months, we have had a major backlog in obtaining transcriptions of hearing recordings throughout all of the Division of Civil Actions because during the lapse of appropriations we were unable to pay our transcription contractors to keep working. Since funding was restored our transcription contractors have been working at capacity and have not been able to keep up with our transcription requests, which include backlogged cases as well as the new

case filings.

In addition, SSA's main office in the Baltimore/Washington, D.C. metro area has been closed Monday and Tuesday as the region continues to dig out from Sunday's winter storm. This has essentially shut down eCAR production from a practical standpoint since our staff and contractors that work on these matters are primarily located in the effected area.

Thus, despite previously requesting that production of the eCAR in this case be expedited additional circumstances beyond our control are impacting its production.  This request is made in good faith and is not intended to unnecessarily delay the proceedings in this matter and/or  unduly hinder the Court's ability to manage its docket.

WHEREFORE, Defendant requests until February 9, 2026, respond to Plaintiff's Complaint.

`

Respectfully submitted,

Date: *January 28, 2026*                          ERIC GRANT
                                                 United States Attorney
                                                 MATHEW W. PILE
                                                 Head of Program Litigation 1
                                         By:     *s/ Oscar Gonzalez de Llano*
                                                 OSCAR GONZALEZ de LLANO
                                                 Special Assistant United States Attorney
                                                 Attorneys for Defendant


Date: *January 28, 2026*                 By:     *s/ Denise Bourgeois Haley*
                                                 Denise Bourgeois Haley
                                                 Law Offices of Lawrence D. Rohlfing
                                                 Attorney for Plaintiff
                                                 (*as authorized by email)

ORDER

Pursuant to Defendant's Motion, IT IS SO ORDERED that Defendant shall have an extension, up to and including February 9, 2026, to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated:   **January 28, 2026**                 **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE