UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GONZALEZ, | No. 1:25-cv-01549-GSA |
| Plaintiff, | ORDER GRANTING EXTENSION OF BRIEFING DEADLINES |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendants. | |

The parties stipulate to a 60-day extension of time from March 3 to May 1, 2026 for Plaintiff to file her motion for summary judgment. However, this would interfere with the Court's ability to manage its docket. A 45-day extension will be granted without prejudice to Plaintiff's ability to seek an additional modest extension if it is unavoidable.

Accordingly, Plaintiff's deadline to file her MSJ is extended to and including April 16, 2026.

IT IS SO ORDERED.

Dated:   **March 4, 2026**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE