UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GONZALEZ,<br><br>            Plaintiff,<br><br>      v.<br><br>FRANK BISIGNANO,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>            Defendants. | No.  1:25-cv-01549-GSA<br><br>ORDER GRANTING PLAINTIFF AN<br>EXTENSION OF TIME TO FILE<br>PLAINTIFF'S MOTION FOR SUMMARY<br>JUDGMENT |

As stipulated, it is **ORDERED** that the filing deadline for Plaintiff to file a Motion for Summary Judgment is extended to and including April 20, 2026, all other deadlines extended accordingly.

IT IS SO ORDERED.

Dated:   **April 12, 2026**            **/s/ Gary S. Austin**
                              UNITED STATES MAGISTRATE JUDGE