UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Veronica Gonzalez,<br>Plaintiff,<br>v.<br>Commissioner of Social Security,<br>Defendants. | No. 1:25-cv-01549-GSA<br>**ORDER GRANTING EAJA FEES**<br>(ECF No. 26) |

As stipulated (ECF No. 26), **IT IS SO ORDERED** that Veronica Gonzalez is awarded attorney fees and expenses in the amount of six thousand five hundred dollars ($6,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. §§ 1920; 2412 pursuant to the terms of the stipulation (ECF No. 26)

Dated: **September 9, 2026**

**/s/ Gary Austin**
UNITED STATES MAGISTRATE JUDGE